**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

CURWOOD, INC.,

    Plaintiff,

v.                                                                      Case # 07-C-544

PRODO-PAK CORPORATION,

    Defendant,

**ORDER**

On December 5, 2008, a mediation was conducted in the above-captioned action. However, the parties were unable to settle the case. Accordingly,

**NOW, THEREFORE, IT IS ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for further proceedings.

Dated at Green Bay, Wisconsin, this   5th   day of December, 2008.

                                                BY THE COURT:

                                                  s/ James R. Sickel
                                                James R. Sickel
                                                United States Magistrate Judge